### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DAVID TISDALE** | * | |
| **Petitioner** | * | |
| **v.** | * | **CIVIL NO.  JKB-12-2854** |
| | | **(Related Criminal No. JKB-07-0498)** |
| **UNITED STATES OF AMERICA** | * | |
| **Respondent** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>MEMORANDUM</u>

The Court has reviewed Petitioner Tisdale's Motion to Vacate his conviction pursuant to 28 U.S.C. §2255 (ECF No. 127) and the Government's response thereto (ECF No. 133).  The Petitioner's claims are groundless.  The Court adopts the reasoning set out in the Government's Memorandum (ECF No. 133) as its own.

Therefore the Petition will be denied in an accompanying order.

DATED this <u>15th</u> day of January, 2013.

BY THE COURT:

_____/s/_____

James K. Bredar
United States District Judge